**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| NICHOLAS MARTIN on behalf of himself and others similarly situated, | ) ) | 1:11-cv-5886 |
| Plaintiff, | ) ) | |
| v. | ) ) | Judge Lefkow Magistrate Judge Kim |
| | ) | |
| LEADING EDGE RECOVERY SOLUTIONS, LLC., | ) | JURY DEMANDED |
| Defendant. | ) ) | |

**EXHIBITS TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**

# Exhibit A

# Public Utility Commission Of Texas
## ADAD Registration
Project 36557

RECEIVED
09 DEC 16 PM 3:28
PUBLIC UTILITY COMMISSION
FILING CLERK

## Company Information

**Company Name:** LEADING EDGE RECOVERY SOLUTIONS LLC
**PUC Tracking No.:** AD060025
**Organization Type:** Limited Liability Company, L.L.C

**Electronic Submissions:**
**Last Submitted:** Never Submitted
**Submissions:** 0

NOTE: For changes to business entity, state of incorporation, identification numbers, or business or professional certificates please convey information in the note field in the Affirmation section below. Thank you.

### Additional Names

Add Record

| Action | Company/DBA/Additional Names Information |
|---|---|

### Company Addresses and Contact Information

Add Record

| Action | Address Information |
|---|---|
| ✏ | **Company / Physical** — Non Emergency<br>**Company:** LEADING EDGE RECOVERY SOLUTIONS INC<br>**Contact:** JAMES NUZZO<br>**Title:**<br>**Address1:** 5440 N CUMBERLAND<br>**Address2:** SUITE 300<br>**City, St Zip:** CHICAGO   IL , 60656<br>**Website:** www.leadingedgerecovery.com<br>**Email:** JAMES.NUZZO@LEADINGEDGERECOVERY.COM<br>**Main:** (773) 380-6214   **Home:**<br>**Toll-Free:**                            **Cell:**<br>**Fax:** (773) 380-6216 |

### Adad Units

Add Record

| Action | Address Information |
|---|---|
| ✏ | **Provider:** Qwest                                **Manufacturer:** Aspect Software<br>**Serial No:** 18085-52920      **FCC/ACTA Registration No:** 68CMF-USA-36350-XD-N<br>**ADAD Physical Address**<br>**Company:** LEADING EDGE RECOVERY SOLUTIONS LLC     **Main:** (773) 380-6214<br>**Contact:** JAMES NUZZO                              **Alternate:**<br>**Address1:** 5440 N CUMBERLAND AVE SUITE 300      **Fax:** (773) 380-6216<br>**Address2:**                                       **Cell:**<br>**City, St Zip:** CHICAGO   IL , 60656             **Home:**<br>**Website:** www.leadingedgerecovery.com           **Email:** JAMES.NUZZO@LEADINGEDGERECOVERY.COM |

# Adad Data File Uploader

Please Note: This form is provided for non-confidential, web-based submissions. All confidential submissions should be made on physical media labeled with your company's tracking number. Click here for more information. Two identical diskettes/CDs with the 10 digit telephone number and county location for each line are still required. If there are **5 or less** you may enter this information in the comments fields.

[_____] [Browse...]

[Submit]

Uploaded Files:

## Affirmation

| Record Saved | 11/19/2009 12:12:30 PM | EDIT |

Save Section

**By submitting this report, I swear and affirm that all statements and representations submitted herein are true and correct to the best of my knowledge.**

Save a record — After Editing the sections, you MUST select the grey disk icon to complete the save record.

Show Help — Toggle the help section ON or OFF.

Comments: [_____]

Name: James Nuzzo
Title: CFO
Affirm Date: 11/19/2009 12:12:30 PM

Registration Has Been Submitted!
PRINT THREE COPIES OF THIS FORM TO BE FILED IN CENTRAL RECORDS

# Exhibit B

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NICHOLAS MARTIN on behalf of himself and others similarly situated,<br>    Plaintiff,<br><br>    v.<br><br>LEADING EDGE RECOVERY SOLUTIONS, LLC.,<br>    Defendant. | )<br>) 1:11-cv-5886<br>)<br>) Judge Lefkow<br>) Magistrate Judge Kim<br>)<br>) JURY DEMANDED<br>)<br>) |

## EXHIBITS TO PLAINTIFF'S MOTION FOR CLASS

## DECLARATION OF ALEXANDER H. BURKE

I am Alexander H. Burke, manager of Burke Law Offices, LLC.

In September 2008, I opened Burke Law Offices, LLC. This firm concentrates on consumer class action and consumer work on the plaintiff side. Since the firm began, it has prosecuted cases for consumers under the Fair Debt Collection Practices Act, Fair Credit Reporting Act, Equal Credit Opportunity Act, Electronic Funds Transfer Act, Illinois Consumer Fraud Act, Truth in Lending Act and the Fair Labor Standards Act, among others. The firm also occasionally accepts mortgage foreclosure defense or credit card defense case. Except for debt collection defense cases, the firm works almost exclusively on a contingency basis.

My legal career began at Edelman, Combs, Latturner & Goodwin, LLC, in Chicago, Illinois, where I spent nearly three years litigating exclusively consumer cases. I estimate that approximately sixty-five percent of those cases were class actions. In 2007, I joined the Law Offices of Keith J. Keogh, Ltd., another consumer rights law firm, where my practice was again limited almost exclusively to consumer class action.

I make substantial efforts to remain current on the law, including class action issues. I attended the National Consumer Law Center Consumer Rights Litigation Conference in 2006, 2007, 2008 and 2009, and was an active participant in the Consumer Class Action Intensive Symposium at each of those conferences. In October 2009, I spoke on a panel of consumer class action attorneys welcoming newcomers to the conference. In addition to regularly attending Chicago Bar Association meetings and events, I am the vice-chair of the Chicago Bar Association's consumer protection section, and in November 2009, I moderated a panel of judges and attorneys discussing recent events and decisions concerning arbitration of consumer claims and class action bans in consumer contracts.

Some notable class actions and other cases that I have worked on include:

*Powell v. West Asset Management, Inc.*, 2011 WL 1126040 (N.D.Ill. March 24, 2011)(debt collector TCPA defendant's "failure to mitigate" defense stricken for failure to state a defense upon which relief may be granted); *Fike v. The Bureaus, Inc.,* 09-cv-2558 (N.D.Ill. Dec. 3, 2010) (final approval granted for $800,000 TCPA settlement in autodialer case against debt collection agency); *Greene v. DirecTV, Inc.*, 2010 WL 1506730 (N.D.Ill. April 14, 2010) (motion to dismiss denied as to class TCPA and FCRA claims); *Donnelly v. NCO Financial Systems, Inc.*, 263 F.R.D. 500 (N.D.Ill. Dec. 16, 2009) Fed.R.Civ.P. 72 objections overruled in toto, --- F.Supp.2d ----, 2010 WL 308975 (N.D.Ill. Jan 13, 2010) (novel class action and TCPA discovery issues decided favorably to class); *Cicilline v. Jewel Food Stores, Inc.*, 542 F.Supp.2d 831 (N.D.Ill. 2008) (FCRA class certification granted); 542 F.Supp.2d 842 (N.D.Ill. 2008) (plaintiffs' motion for judgment on pleadings granted);  *Harris v. Best Buy Co.*, 07 C 2559, 2008 U.S. Dist. LEXIS 22166 (N.D.Ill. March 20, 2008) (Class certification granted); *Matthews v. United Retail, Inc.*, 248 F.R.D. 210 (N.D.Ill. 2008) (FCRA class certification granted); *Redmon v. Uncle Julio's, Inc.*, 249 F.R.D. 290 (N.D.Ill. 2008) (FCRA class certification granted); *Harris v. Circuit City Stores, Inc.*, 2008 U.S. Dist. LEXIS 12596, 2008 WL 400862 (N.D. Ill. Feb. 7,2008) (FCRA class certification granted); aff'd upon objection (Mar. 28, 2008); *Harris v. Wal-Mart Stores, Inc.*, 2007 U.S. Dist. LEXIS 76012 (N.D. Ill. Oct. 10, 2007) (motion to dismiss in putative class action denied); *Barnes v. FleetBoston Fin. Corp.*, C.A. No. 01-10395-NG, 2006 U.S. Dist. LEXIS 71072 (D.Mass. Aug. 22, 2006) (appeal bond required for potentially frivolous objection to large class action settlement, and resulting in a $12.5 million settlement for Massachusetts consumers); *Longo v. Law Offices of Gerald E. Moore & Assocs.*, P.C., 04 C 5759, 2006 U.S. Dist. LEXIS 19624 (N.D.Ill. March 30, 2006) (class certification granted); *Nichols v. Northland Groups, Inc.*, case nos. 05 C 2701, 05 C 5523, 06 C 43, 2006 U.S. Dist. LEXIS 15037 (N.D.Ill. March 31, 2006) (class certification granted for concurrent classes against same defendant for ongoing violations); *Lucas v. GC Services, L.P.*, case No. 2:03 cv 498, 226 F.R.D. 328 (N.D.Ind. 2004) (compelling discovery), 226 F.R.D. 337 (N.D.Ind. 2005) (granting class certification); *Murry v. America's Mortg. Banc, Inc.*, case nos. 03 C 5811, 03 C 6186, 2005 WL 1323364 (N.D. Ill. May 5, 2006) (Report and Recommendation granting class certification), aff'd, 2006 WL 1647531 (June 5, 2006); *Rawson v. Credigy Receivables, Inc.*, case no. 05 C 6032, 2006 U.S. Dist. LEXIS 6450 (N.D. Ill. Feb. 16, 2006) (denying motion to dismiss in class case against debt collector for suing on time-barred debts).

I graduated from Colgate University in 1997 (B.A. International Relations), and from Loyola University Chicago School of Law in 2003 (J.D.).  During law school I served as an extern to the Honorable Robert W. Gettleman of the District Court for the Northern District of Illinois and as a law clerk for the Honorable Nancy Jo Arnold, Chancery Division, Circuit Court of Cook County. I also served as an extern for the United States Attorney for the Northern District of Illinois and was a research assistant to adjunct professor Honorable Michael J. Howlett, Jr.

I was the Feature Articles Editor of the Loyola Consumer Law Review and Executive Editor of the International Law Forum. My published work includes International Harvesting on the Internet: A Consumer's Perspective on 2001 Proposed Legislation Restricting the Use of Cookies and Information Sharing, 14 Loy. Consumer L. Rev. 125 (2002).

I became licensed to practice law in the State of Illinois in 2003 and the State of Wisconsin in March 2011, and am a member of the bar of the United States Court of Appeals for the Seventh and First Circuits, as well as the Northern District of Illinois, Central District of Illinois, Southern District of Illinois, Eastern District of Wisconsin, Northern District of Indiana and Southern District of Indiana. In 2009-10, I was the vice chair of the Consumer Protection section of the Chicago Bar Association, and was the chair of that group for the 2010-2011 year. I am also a member of the Illinois State Bar Association and the American Bar Association, as well as the National Association of Consumer Advocates.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed in Chicago, Illinois
August 25, 2011                                             /s/Alexander H. Burke