IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NICHOLAS MARTIN on behalf of himself and others similarly situated,<br>    Plaintiff,<br><br>    v.<br><br>LEADING EDGE RECOVERY SOLUTIONS, LLC.,<br>    Defendant. | )<br>)  1:11-cv-5886<br>)<br>)<br>)  JURY DEMANDED<br>)<br>)<br>)<br>) |

**PLAINTIFF'S UNOPPOSED MOTION
FOR EXTENSION OF TIME TO RESPOND TO MOTION TO DISMISS**

Plaintiff respectfully requests that this Court extend the time within which he may file his response to Leading Edge's motion to dismiss, until <u>December 2, 2011</u>, and extend defendant's reply to <u>December 21, 2011</u>. In support of this motion, plaintiff states:

1. This is a Telephone Consumer Protection Act, 47 U.S.C. § 227 ("TCPA") and the Fair Debt Collection Practices Act, 15 U.S.C. §1692 et seq. case against a debt collection agency. Defendant has moved to dismiss pursuant to Fed.R.Civ.P. 12. After previously being given a three day extension of time to file such, plaintiff's reply is currently due on November 11, 2011.

2. Plaintiff's counsel is unable to complete the brief by that date, and respectfully requests that the Court extend the time within which he may file his brief until December 2, 2011.

3. Defendant does not oppose this motion. Defendant's brief would be pushed back to December 16, 2011.

WHEREFORE, Plaintiff respectfully requests that this Court extend the time within which he may file his response to Leading Edge's motion to dismiss, until December 2, 2011, and extend defendant's reply to December 21, 2011.

Respectfully submitted,

/s/ Alexander H. Burke

Alexander H. Burke
**BURKE LAW OFFICES, LLC**
155 N. Michigan Ave., Suite 9020
Chicago, IL 60601
(312) 729-5288
(312) 729-5289 (fax)
ABurke@BurkeLawLLC.com