IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NICHOLAS MARTIN on behalf of himself and others similarly situated, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. 11-cv-5886 ) |
| LEADING EDGE RECOVERY SOLUTIONS, LLC, | ) Judge Lefkow ) ) |
| Defendant. | ) ) |

**MOTION TO EXTEND RESPONSE DATE TO PLAINTIFF'S FIRST SET OF DISCOVERY REQUESTS**

NOW COMES Defendant, LEADING EDGE RECOVERY SOLUTIONS, LLC, by its undersigned attorneys, Hinshaw & Culbertson LLP, for its Motion To Extend Response Date to Plaintiff's First Set of Discovery Requests and, in support thereof, states as follows:

1. On October 19, 2011, Plaintiff served its First Set of Discovery Requests. Defendant's Response is due on Monday, November 21, 2011.

2. Defendant seeks a 2-week extension of time to respond to Plaintiff's First Set of Discovery Requests for the following reasons.

3. Despite due diligence, defense counsel cannot respond to Plaintiff's First Set of Discovery Requests by their initial due date due to professional commitments, including, but not limited to responding to discovery in *Pesce vs. First Credit Services*, (N.D. Ill); investigating complaint and preparing responsive pleadings in *Wade vs. TMS* (N.D. Ill); investigating complaint and preparing responsive pleadings in *Pollack vs. Grove Medical Imaging, LLC*, 11-cv-7664 (N.D. Ill.); investigating complaint and preparing responsive pleadings in *Todd vs. State Collection Service*, 11-cv-7334; preparing for final approval hearing in class action, *Chicago Chiropractic vs. Great Plains*, 10-cv-6151 (N.D. Ill.); motion practice in *Tang vs. Siegel*, 11-cv-

2062 (N.D. Ill.); and discovery in *Tang v. Medical Recovery Specialists LLC*, 11-cv-2109 (N.D. Ill.).

4. Further, Defendant's primary contact has been hospitalized for the past several weeks and has limited email access.

5. Additionally, defense counsel is taking a family vacation from November 20, 2011 until November 28, 2011.

6. As of the filing of this motion, Defendant has provided Plaintiff with its collection notes related to the underlying debt and code sheet to interpret notations in the collection notes.

7. No harm or prejudice will come from granting this motion.

8. Accordingly, Defendant seeks until December 5, 2011, to respond to Plaintiff's First Discovery Requests.

WHEREFORE, for the reasons set forth above, LEADING EDGE RECOVERY SOLUTIONS, LLC respectfully requests that this Honorable Court grant Defendant an extension of time, to and until December 5, 2011, to respond to Plaintiff's First Set of Discovery Requests.

Respectfully submitted,

By: s/James C. Vlahakis
James C. Vlahakis
Attorney for Defendant
Hinshaw & Culbertson LLP
222 North LaSalle, Suite 300
Chicago, IL 60601
t 312-704-300
f 312-704-3001
jvlahakis@hinshawlaw.com

## CERTIFICATE OF SERVICE

    I hereby certify that on November 21, 2011, I electronically filed the above document with the Clerk of the U.S. District Court, Northern District of Illinois, Eastern Division, using the CM/ECF system.

                                                  By: s/James C. Vlahakis
                                                  James C. Vlahakis
                                                  Attorney for Defendant
                                                  Hinshaw & Culbertson LLP
                                                  222 North LaSalle, Suite 300
                                                  Chicago, IL 60601
                                                  t 312-704-300
                                                  f 312-704-3001
                                                  jvlahakis@hinshawlaw.com

130218878v1 0927670