**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| NICHOLAS MARTIN on behalf of himself and others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>LEADING EDGE RECOVERY SOLUTIONS, LLC,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)  Case No. 11-cv-5886<br>)<br>)  Judge Lefkow<br>)<br>)<br>)<br>) |

**AGREED MOTION TO EXTEND RESPONSE DATE TO PLAINTIFF'S FIRST SET OF DISCOVERY REQUEST, INTERROGATORY NO. 1, BY ONE DAY**

NOW COMES Defendant, LEADING EDGE RECOVERY SOLUTIONS, LLC, by its undersigned attorneys, Hinshaw & Culbertson LLP, for its Agreed Motion To Extend Response Date to Plaintiff's First Set of Discovery Requests, Interrogatory No. 1, by one day, and in support thereof, states as follows:

1.    By order dated December 1, 2011, Defendant was given until December 12, 2011, to answer Plaintiff's First Set of Discovery, Interrogatory No.1.

2.    Despite due diligence, defense counsel cannot respond to Plaintiff's First Set of Discovery Requests by their initial due date due to professional commitments, including, but not limited to:  supplementing discovery in *Pesce vs. First Credit Services*, (N.D. Ill); settlement negotiations in *Wade vs. TMS* (N.D. Ill); discovery disputes in *Todd vs. State Collection Service*, 11-cv-7334; reviewing class based settlement papers in *Tang vs. Pita Inn*, 11-cv-3833 (N.D. Ill.); and class based discovery supplementation in *Tang v. Medical Recovery Specialists LLC*, 11-cv-2109 (N.D. Ill.).  Plaintiff's counsel has agreed to this one day extension.

3.    No harm or prejudice will come from granting this motion.

WHEREFORE, for the reasons set forth above, LEADING EDGE RECOVERY SOLUTIONS, LLC respectfully requests that this Honorable Court grant Defendant an extension of time, to and until December 13, 2011, to respond to Plaintiff's First Set of Discovery Requests, Interrogatory No. 1.

>
> Respectfully submitted,
>
> By: s/James C. Vlahakis
> James C. Vlahakis
> Attorney for Defendant
> Hinshaw & Culbertson LLP
> 222 North LaSalle, Suite 300
> Chicago, IL 60601
> t 312-704-300
> f 312-704-3001
> jvlahakis@hinshawlaw.com

130234821v1 0927670

3

## CERTIFICATE OF SERVICE

      I hereby certify that on December 12, 2011, I electronically filed the above document with the Clerk of the U.S. District Court, Northern District of Illinois, Eastern Division, using the CM/ECF system.

      By: s/James C. Vlahakis
James C. Vlahakis
Attorney for Defendant
Hinshaw & Culbertson LLP
222 North LaSalle, Suite 300
Chicago, IL 60601
t 312-704-300
f 312-704-3001
jvlahakis@hinshawlaw.com

130234821v1 0927670