# Affidavit of Service

Service by Private Process

| Office Use Only | _ Standard  x Same Day |
|---|---|
| | Attorney: Alexander Burke Firm: Burke Law Offices, LLC |
| | RE: Martin v. Leading Edge Recovery, LLC |
| | File/Case #: 1:11-cv-5886 |
| | BizPort Reference: _____ |

I, the undersigned __DEREK BAYLOR__ do hereby certify that I am over eighteen years of age, am not a party to or otherwise interested in the subject matter in controversy, and I further attest: on the __23RD__ day of __JAN__, 2012, at __10:22__ (AM/PM), I served:

*Capital One Bank (USA), NA*
*Corporation Service Company, Registered Agent*
*1111 E. Main Street, 16th Floor*
*Richmond, Virginia 23219*

the attached:

- ☐ Subpoena Duces Tecum
- ☒ Summons & 2nd Amended Complaint
- ☐ Witness Subpoena
- ☐ Warrant in Debt
- ☐ Subpoena In A Civil Case
- ☐ Other (Specify): _____

☐ Personal Service: _____

☐ Registered Agent: _____

Being unable to make personal service, a copy was delivered in the following manner:

☒ Delivered to person found in charge of the usual place of business or employment during business hours and giving information of its purport.
Delivered to: __RENE NORDQUIST__

☐ Delivered to a family member, not a temporary sojourner or guest, aged sixteen or older, at the usual place of abode of the above named party.
Delivered to: _____

☐ Posted on the front door or other such entrance as appears to be the main entrance.

☐ Served on the Secretary of the Commonwealth. Accepted by: _____

☐ Served on the State Corporation Commission. Accepted by: _____

☐ Not Found/Unable to Serve

Process Server: /s/ Derek Baylor
BizPort Process Servers
3400 W Leigh Street
Richmond, Virginia 23230

Attempt: _____
Wrong Address: _____

Commonwealth of Virginia
City of Richmond
Subscribed and sworn before me this __23rd__ day of __Jan__, 2012.
My commission expires __8-31-12__.

*[Notary Seal: Christopher R. White, Notary Public, Reg # 7209766, My Commission Expires 08/31/2012, Commonwealth of Virginia]*

/s/ Christopher R. White
Notary Public

# CERTIFICATE
# OF
# CORPORATION SERVICE COMPANY

**THIS CERTIFICATE MADE** pursuant to Subsection 2(b) of Section 13.1-634, Subsection 2(b) of Section 13.1-763, Subsection 2(b) of Section 13.1-1015 and Section 50-73.4 of the Virginia Code.

**CORPORATION SERVICE COMPANY**, a corporation authorized to do business in the Commonwealth of Virginia, does hereby certify that:

1. It is incorporated under the Laws of the State of Delaware and was authorized to do business in Virginia on June 1, 2001.

2. (a) It maintains a business office in the Commonwealth of Virginia at Bank of America Center, 16th Floor, 1111 East Main Street, Richmond, VA 23219

    (b) Service of process may be made at such business office in the City of Richmond upon corporations, limited liability companies, partnerships, trusts and other entities, associations and persons which have designated it as agent for service of process.

    (c) The names of the individuals authorized to receive process served upon Corporation Service Company as the agent for service of process of any corporations, limited liability companies, partnerships, trust and other entities, associations and persons which have designated it as such agent are:

    | | | |
    |---|---|---|
    | Beverley L. Crump | Rene Nordquist | Meda Sterrett |
    | Nicole T. McCallum | Pamela Frazier | Linda B. Liles |
    | Amy Tarker | Kari Childress | John Isom |
    | Dustin Kline | | |

**WHEREFORE**, Corporation Service Company has caused its corporate name to be hereunto subscribed this 29 day of April 2011.

CORPORATION SERVICE COMPANY

BY: _____
George A. Massih III, Vice President

STATE OF DELAWARE
COUNTY OF NEW CASTLE

The foregoing instrument was acknowledged before me this 29th day of April 2011, by George A. Massih III.

_____
Notary Public

My Commission Expires: 1-31-13