**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| NICHOLAS MARTIN on behalf of himself and others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> LEADING EDGE RECOVERY SOLUTIONS, LLC, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 11-cv-5886 <br> ) <br> ) Judge Lefkow <br> ) <br> ) <br> ) <br> ) |

**AGREED MOTION TO EXTEND RESPONSE/ANSWER DATE TO PLAINTIFF'S
SECOND AMENDED COMPLAINT**

NOW COMES Defendant, LEADING EDGE RECOVERY SOLUTIONS, LLC, by its undersigned attorneys, for its Agreed Motion To Extend Response/Answer Date to Plaintiff's Second Amended Complaint and, in support thereof, states as follows:

1. On January 18, 2012, with leave of court and no objection from the Defendant, Plaintiff his Second Amended Complaint. Defendant's response and/or answer is due on today's date, February 1, 2012.

2. Defendant seeks a 2-day extension of time to respond to and/or answer Plaintiff's Second Amended Complaint. Plaintiff has agreed to this short extension.

3. No harm or prejudice will come from granting this motion as the recently named defendant Captial One has yet to appear in this case.

WHEREFORE, for the reasons set forth above, LEADING EDGE RECOVERY SOLUTIONS, LLC respectfully requests that this Honorable Court grant it until February 3, 2012, to respond to and/or answer Plaintiff's Second Amended Complaint.

Respectfully submitted,

By: s/James C. Vlahakis

130218878v1 0927670

                                        James C. Vlahakis  
                                        Attorney for Defendant  
                                        Hinshaw & Culbertson LLP  
                                        222 North LaSalle, Suite 300  
                                        Chicago, IL 60601  
                                        t 312-704-300  
                                        f 312-704-3001  
                                        jvlahakis@hinshawlaw.com

## CERTIFICATE OF SERVICE

      I hereby certify that on February 1, 2012, I electronically filed the above document with the Clerk of the U.S. District Court, Northern District of Illinois, Eastern Division, using the CM/ECF system.

By: s/James C. Vlahakis
James C. Vlahakis
Attorney for Defendant
Hinshaw & Culbertson LLP
222 North LaSalle, Suite 300
Chicago, IL 60601
t 312-704-300
f 312-704-3001
jvlahakis@hinshawlaw.com

130218878v1 0927670