IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Nicholas Martin and David Mack on behalf of themselves and others similarly situated, | ) ) ) | |
| Plaintiffs | ) ) | 1:11-cv-5886 Hon. Joan Humphrey Lefkow |
| vs. | ) ) | (Magistrate Judge Kim) |
| Leading Edge Recovery Solutions, LLC and Capital One Bank (USA), N.A., | ) ) | |
| Defendants. | ) | |

### DEFENDANT CAPITAL ONE BANK'S MOTION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' SECOND AMENDED COMPLAINT

Defendant Capital One Bank (USA), N.A. ("Capital One") respectfully submits this motion for an extension of time to answer or otherwise respond to Plaintiffs' Second Amended Complaint and states as follows:

1. On August 25, 2011, Plaintiffs initiated this suit against Defendant Leading Edge Recovery Solutions, LLC.

2. On January 18, 2012, Plaintiffs filed a second amended complaint that added Capital One as a defendant.

3. Plaintiffs served Capital One on January 23, 2012.

4. Accordingly, under Federal Rule of Civil Procedure 12(a), Capital One must respond to Plaintiffs' second amended complaint by February 13, 2012.

5. Counsel for Capital One was recently retained to defend Capital One in this matter, and, to properly prepare an appropriate response, Capital One requires additional time to investigate the facts and legal theories alleged in Plaintiffs' second amended complaint. Capital One therefore seeks an additional 30 days to answer or otherwise respond.

1

WHEREFORE, Capital One Bank (USA), N.A. respectfully requests that this Court grant its motion and allow it to respond to Plaintiffs' second amended complaint on or before March 14, 2012.

Respectfully submitted,
CAPITAL ONE BANK (USA), N.A.

By:/s/ Trina K. Taylor
    one of its attorneys

Trina K. Taylor (#6297760)
Faegre Baker Daniels LLP
311 S. Wacker Drive, Suite 4400
Chicago, Illinois 60657
Tel:   312-212-6500
Fax:  312-212-6501
trina.taylor@FaegreBD.com

## CERTIFICATE OF SERVICE

The undersigned, an attorney, states that she caused DEFENDANT CAPITAL ONE BANK'S MOTION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' SECOND AMENDED COMPLAINT to be served on the individuals named below via the Court's CM/ECF notification system on February 6, 2012:

Alexander Holmes Burke
Burke Law Offices, LLC
155 N. Michigan Ave.
Suite 9020
Chicago, IL 60601
(312) 729-5288
ABurke@BurkeLawLLC.com

James Constantine Vlahakis
Hinshaw & Culbertson
222 North LaSalle Street
Suite 300
Chicago, IL 60601-1081
(312) 704-3000
jvlahakis@hinshawlaw.com

David M Schultz
Hinshaw & Culbertson
222 North LaSalle Street
Suite 300
Chicago, IL 60601-1081
(312) 704-3527
Fax: (312)704-3001
dschultz@hinshawlaw.com

By: /s/ Trina K. Taylor

FB_US 8068360v1