IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NICHOLAS MARTIN AND DAVID MACK on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> LEADING EDGE RECOVERY SOLUTIONS, LLC and CAPITAL ONE BANK (USA), N.A., <br><br> Defendants. | Case No. 1:11-cv-5886 <br><br> Hon. Joan Humphrey Lefkow <br><br> Magistrate Judge Young B. Kim |

**DEFENDANT CAPITAL ONE'S MOTION TO DISMISS FOR
LACK OF SUBJECT MATTER JURISDICTION**

Defendant Capital One Bank (USA), N.A. ("Capital One"), by and through its undersigned counsel, hereby moves the Court to dismiss Plaintiffs' Second Amended Complaint [Dkt. 32] under to Fed. R. Civ. P. 12(b)(1), and in support of that motion states as follows:

1. Plaintiffs alleged that Capital One violated the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227, by placing, or causing to be placed, auto-dialed telephone calls to their cellular telephones, without consent, in order to collect on a debt.

2. The Second Amended Complaint should be dismissed because the plaintiffs' sole allegation of injury is too abstract to satisfy the standing requirements of Article III of the Constitution. Plaintiffs have failed to allege that they suffered any actual, concrete, particularized injury in fact sufficient to have standing to bring a claim in federal court.

WHEREFORE, for these reasons, and those set forth in more detail in Defendant Capital One's Memorandum of Law in Support of Its Motion to Dismiss for Lack of Subject Matter Jurisdiction, which is filed herewith, Capital One respectfully requests that this Court dismiss

Plaintiffs' Second Amended Complaint with prejudice, under Fed. R. Civ. P. 12(b)(1). In the alternative, Capital One respectfully requests that this Court stay the plaintiffs' case until the United States Supreme Court issues a ruling in *First Am. Fin. Corp. v. Edwards*, No. 10-708 (S. Ct. argued Nov. 28, 2011), which may be determinative of the standing issues in this case.

Dated: March 14, 2012

                                        Respectfully submitted,

                                        CAPITAL ONE BANK (USA), N.A.

                                        By: /s/ Aaron D. Van Oort
                                               One of its attorneys

Ernest Summers (No. 3126432)
Trina K. Taylor (No. 6297760)
Faegre Baker Daniels LLP
311 South Wacker Drive
Suite 4400
Chicago, IL 60606
Tel.: (312) 212-6553
Fax: (312) 212-6501
ernie.summers@FaegreBD.com
trina.taylor@FaegreBD.com

Aaron D. Van Oort (MN No. 315539)
Erin L. Hoffman (MN No. 0387835)
Faegre Baker Daniels LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Tel.: (612) 766-7000
Fax: (612) 766-1600
aaron.vanoort@FaegreBD.com
erin.hoffman@FaegreBD.com

fb.us.8237558.01

## CERTIFICATE OF SERVICE

   I certify that on March 14, 2012, a copy of the foregoing Defendant Capital One's Motion to Dismiss for Lack of Subject Matter Jurisdiction was filed electronically. Notice of this filing will be sent to the above-referenced parties by operation of the Court's electronic filing system.

                 By: /s/ Aaron D. Van Oort

Ernest Summers (No. 3126432)
Trina K. Taylor (No. 6297760)
Faegre Baker Daniels LLP
311 South Wacker Drive
Suite 4400
Chicago, IL 60606
Tel.: (312) 212-6553
Fax: (312) 212-6501
ernie.summers@FaegreBD.com
trina.taylor@FaegreBD.com

Aaron D. Van Oort (MN No. 315539)
Erin L. Hoffman (MN No. 0387835)
Faegre Baker Daniels LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Tel.: (612) 766-7000
Fax: (612) 766-1600
aaron.vanoort@FaegreBD.com
erin.hoffman@FaegreBD.com