IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | |
|---|---|
| NICHOLAS MARTIN, and DAVID MACK on behalf of themselves and others similarly situated<br><br>Plaintiffs<br><br>v.<br><br>LEADING EDGE RECOVERY SOLUTIONS, LLC and CAPITAL ONE BANK (USA) N.A.,<br><br>Defendants | 11-cv-5886<br><br>Judge Lefkow |

## AGREED MOTION TO EXTEND TIME TO FILE REPLY BRIEF

Defendant LEADING EDGE RECOVERY SOLUTIONS, LLC ("Leading Edge") moves for the entry of a minute order extending the time to respond to file its Reply Brief in Support of its Motion to Dismiss (dkt.no. 38):

1. This is an agreed motion, made in consultation with plaintiff's counsel.

2. Defendant was originally required to file its reply brief on March 22, 2012. With the agreement of Plaintiff's counsel, the reply brief was filed two business days later, on March 26, 2012.

3. No harm or prejudice will result from granting this motion.

WHEREFORE, defendant requests that this Honorable Court issue a minute order allowing granting it leave to file its reply brief on March 26, 2012.

| Date: March 27, 2012 | Respectfully submitted, counsel for defendant<br><br>/s/ *James C. Vlahakis*<br>James C. Vlahakis<br>222 N. LaSalle, Suite 300<br>Chicago, IL 60601<br>312-704-3000 |
|---|---|

130313159v1 0927670

## CERTIFICATE OF SERVICE

I hereby certify that on March 27, 2012, I electronically filed the above notice of motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to all counsel of record.

/s/ James C. Vlahakis
James C. Vlahakis
Hinshaw & Culbertson LLP
Attorney for Defendant
222 North LaSalle, Suite 300
Chicago, IL 60601
tel 312-704-3715