# Group Exhibit E