**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **NICHOLAS MARTIN and DAVID MACK on behalf of themselves and others similarly situated,** | ) ) ) ) | |
| Plaintiffs, | ) ) | No: 1:11-cv-5886 |
| v. | ) ) | Judge Lefkow |
| **LEADING EDGE RECOVERY SOLUTIONS, LLC, and CAPITAL ONE BANK (USA) N.A.,** | ) ) ) ) | Magistrate Judge Kim |
| Defendants. | ) ) | |

**DEFENDANT CAPITAL ONE BANK'S MOTION TO WITHDRAW
ATTORNEYS FINNIGAN AND DOORHY**

Defendant Capital One Bank (USA) N.A. ("Capital One"), pursuant to Local Rule 83.17, respectfully submits this motion to withdraw two of its attorneys and states as follows:

1. In this case, the following attorneys from the law firm Faegre Baker Daniels LLP have filed appearances on behalf of Capital One: Aaron Van Oort, Eileen Hunter, Ernest Summers, Erin Hoffman, Trina Taylor, Mindy Finnigan, and Shawn Doorhy.

2. Capital One respectfully requests leave to withdraw attorneys Mindy Finnigan and Shawn Doorhy from this case.

3. The other attorneys appearing on behalf of Capital One will continue to represent it, including a member of the Trial Bar of this Court, Ernest Summers.

WHEREFORE, Capital One Bank (USA) N.A. respectfully requests that this Court grant its motion and permit attorneys Finnigan and Doorhy to withdraw from this case.

Respectfully submitted:

CAPITAL ONE BANK (USA), N.A.

By: /s/ Trina K. Taylor
    One of Its Attorneys

Aaron D. Van Oort (MN No. 315539)
Eileen M. Hunter (MN No. 0336336)
Erin L. Hoffman (MN No. 0387835)
Faegre Baker Daniels LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Tel.:  (612) 766-7000
Fax:  (612) 766-1600
aaron.vanoort@FaegreBD.com
eileen.hunter@FaegreBD.com
erin.hoffman@FaegreBD.com

Ernest Summers (No. 3126432)
Trina K. Taylor (No. 6297760)
Faegre Baker Daniels LLP
311 South Wacker Drive
Suite 4400
Chicago, Illinois 60606
Tel.:  (312) 212-6500
Tax:  (312) 212-6501
ernie.summers@FaegreBD.com
trina.taylor@FaegreBD.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 20, 2012, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to all parties of record.

                                                            /s/ Trina K. Taylor

BDDB01 9467981v1