## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS,
## EASTERN DIVISION

| | |
|---|---|
| NICHOLAS MARTIN and DAVID MACK on behalf of themselves and all others similarly situated ) ) ) ) | 11-cv-5886 |
| Plaintiff ) | Judge Lefkow |
| v. ) ) | Magistrate Kim |
| LEADING EDGE RECOVERY SOLUTIONS, LLC and CAPITAL ONE BANK (USA) N.A., ) ) ) | |
| Defendants. ) | |

**DEFENDANT LEADING EDGE'S AGREED MOTION TO EXTEND RESPONSE DATE TO RESPOND TO PLAINTIFF'S DISCOVERY REQUESTS AND THE FILING OF A MOTION FOR A PROTECTIVE ORDER**

NOW COMES, Defendant, LEADING EDGE RECOVERY SOLUTIONS, LLC ("Leading Edge"), by and through its undersigned counsel, and moves the entry of a minute order extending (a) the response date to respond to Plaintiff's Discovery Requests and (b) the filing date for a Motion For a Protective Order, and in support states:

1. This is an agreed motion, made in consultation with Plaintiff's counsel.

2. Defense counsel has diligently attempted to complete Defendant's responses to Plaintiff's First Set of Discovery Requests and file Defendant's Motion For a Protective Order on or before the due dates of September 21, 2012. Despite due diligence, defense counsel's work schedule has prevented him from completing this task. Further complications have resulted from the sudden illness of a family member which has required hospitalization earlier today and the need for an emergency MRI appointment for defense counsel. Plaintiff's counsel, has graciously extended the due date for Defendant's responses to Plaintiff's First Set of Discovery Requests and Defendant's Motion For a Protective Order until Tuesday, September 25, 2012.

WHEREFORE, for the above reasons, Defendant respectfully that this Honorable Court issue a minute order extending the time for Defendant to respond to Plaintiff's First Set of Discovery Requests and file a Motion For a Protective Order until September 25, 2012.

Date:  September 20, 2012                    Respectfully submitted,

                                             /s/*James C. Vlahakis*
                                             James C. Vlahakis
                                             222 N. LaSalle, Suite 300
                                             Chicago, IL 60601
                                             312-704-3000
                                             Attorney for Defendant

130433720v1  0927670

**CERTIFICATE OF SERVICE**

I hereby certify that on September 20, 2012, I electronically filed the above notice of motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to all counsel of record.

/s/ James C. Vlahakis
James C. Vlahakis
Hinshaw & Culbertson LLP
Attorney for Defendant
222 North LaSalle, Suite 300
Chicago, IL 60601
tel 312-704-3715

130433720v1 0927670