# Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NICHOLAS MARTIN and DAVID MACK, on behalf of himself and others similarly situated,<br><br>     Plaintiffs<br>  v.<br>LEADING EDGE RECOVERY SOLUTIONS, LLC, and CAPITAL ONE BANK (USA) N.A.,<br><br>     Defendants | NO. 1:11-cv-5886<br><br>Honorable Joan Humphrey Lefkow<br><br>Magistrate Judge Young B. Kim |

**DECLARATION OF ALEXANDER H. BURKE IN SUPPORT OF
PLAINTIFFS' MOTION TO TRANSFER PURSUANT TO 28 U.S.C. § 1404**

Alexander H. Burke hereby states:

1. I am the attorney for plaintiffs in the above-captioned case. I make this declaration based upon my personal knowledge.

2. I have recently become aware of *Amadeck v. Capital One Financial Corporation and Capital One Bank (USA), N.A.* (Case No. 2:12-cv-00244-RSL), pending in the Western District of Washington.

3. This case and the *Amadeck* case against Capital One are substantially identical. Both allege violations of the Telephone Consumer Protection Act, arising out of the improper placement of calls to cellular telephones using an automatic telephone dialing system and prerecorded voice.

4. Although this case has been pending for some time now, discovery was stayed during the pendency of defendants' motions to dismiss, which the Court denied on August 10,

2012. Capital One produced its first discovery responses one business day prior to the filing of this motion, on September 28, 2012.

5.      The *Amadeck* case, however, has not been stayed, and my understanding is that discovery has progressed much farther in that case, than it has in this case.

6.      I have conferred with counsel in the *Amadeck* case, and we have decided to coordinate our efforts and jointly prosecute their claims against Defendants.

I declare under penalty of perjury that the above statements are true and correct to the best of my knowledge and belief.

/s/Alexander H. Burke

Executed at Chicago, Illinois
October 1, 2012

# Exhibit B

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NICHOLAS MARTIN and DAVID MACK, on behalf of himself and others similarly situated,<br><br>                Plaintiffs<br>    v.<br>LEADING EDGE RECOVERY SOLUTIONS, LLC, and CAPITAL ONE BANK (USA) N.A.,<br><br>                Defendants | NO. 1:11-cv-5886<br><br>Honorable Joan Humphrey Lefkow<br><br>Magistrate Judge Young B. Kim |

**DECLARATION OF BETH E. TERRELL IN SUPPORT OF PLAINTIFFS' MOTION TO TRANSFER UNDER 28 U.S.C. § 1404**

I, Beth E. Terrell, declare as follows:

1.  I am a member of Terrell Marshall Daudt & Willie PLLC ("TMDW"). I am a member in good standing of the bar of the State of Washington. I respectfully submit this declaration in support of Plaintiffs' Motion to Transfer Under 28 U.S.C. § 1404. Except as otherwise noted, I have personal knowledge of the facts set forth in this declaration, and could testify competently to them if called upon to do so.

2.  I am counsel of record for Plaintiffs in *Amadeck et al. v. Capital One Financial Corporation et al.*, a proposed class action pending in the Western District of Washington. Discovery is well under way. To date, Capital One has produced almost 2,000 documents. The parties have engaged in numerous meet and confer sessions regarding the nature, scope, and production of responsive documents and electronically stored information. Plaintiffs anticipate taking one or more depositions regarding Capital One's databases and other ESI-related issues within the next 30 days.

- 2 -

3.     We recently became aware of the *Martin* case pending in this Court. In order to conserve judicial resources and avoid the multiplicity of litigation, we have agreed with Plaintiffs' counsel, Alexander Burke, to jointly prosecute our clients' claims.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

EXECUTED at Chicago, Illinois this 1st day of October, 2012.

By: _____
Beth E. Terrell
Email: bterrell@tmdwlaw.com
TERRELL MARSHALL DAUDT & WILLIE PLLC
936 North 34th Street, Suite 3400
Seattle, Washington 98103-8869
Telephone: (206) 816-6603